IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re DMCA Subpoena to Amazon Web Services, Inc. | Case No. 25-mc-342 |

USDC- GREENBELT
'25 JUN 6 PM12:40

## DECLARATION OF DAVID E. WESLOW

I, David E. Weslow, counsel of record for Tamaris (Gibraltar) Limited ("Tamaris") in the above-reference matter, hereby declare as follows:

1. I am a partner at Wiley Rein LLP and licensed to practice law in the State of Maryland and the District of Columbia.

2. I am authorized to act on behalf of Tamaris.

3. I submit this declaration in support of Tamaris's request for issuance to Amazon Web Services, Inc. ("AWS") of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"), to identify AWS's customer(s) in relation to the Internet domain names listed in Exhibit 1 to the Section 512(h) Subpoena.

4. Pursuant to 17 U.S.C. § 512(c)(3)(A), Tamaris submitted a notification to AWS identifying the infringing content transmitted by the aforementioned users and providing the information required by 17 U.S.C. § 512(c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as Attachment 1.

5. The purpose for which this Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Tamaris's rights under title 17 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 5, 2025.

_____
David E. Weslow